COM.

v.

JOHNSON, C.

1852 WDA 2016

Superior Court of Pennsylvania.

08/30/2017

CP–02–CR–0005737–1976
(Allegheny)

Affirmed

■

COM.

v.

MITCHELL, J.

204 WDA 2017

Superior Court of Pennsylvania.

08/30/2017

CP–02–CR–0001924–1997
(Allegheny)

Affirmed

■

COM.

v.

BAKER, A.

355 WDA 2017

Superior Court of Pennsylvania.

08/30/2017

CP–43–CR–0000557–2015 (Mercer)

Affirmed

■

IN the INTEREST OF: J.W., a minor,

Appeal of: J.W.

389 WDA 2017

Superior Court of Pennsylvania.

08/30/2017

CP–02–AP–0000203–2016
(Allegheny)

Affirmed

■

COM.

v.

THOMPSON, D.

151 EDA 2013

Superior Court of Pennsylvania.

08/31/2017

CP–51–CR–0004275–2011
(Philadelphia)

Affirmed